932

**MYRTLE HYDEN v. PHILANDER D. HYDEN.**— Motion for leave to dispense with printing denied, with $10 costs.

In the Matter of **ELLA F. JACKSON v. TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK.**— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached.

In the Matter of the **CITY OF NEW YORK**, Appellant, Relative to Acquiring Title to Real Property for Bruckner Boulevard Expressway. **MICHAEL J. DE GREGORIS et al.**, Respondents.— Motion for an extension of time granted insofar as to extend the time for petitioner appellant to serve and file the record on appeal and appellant's points to and including October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached.

**HARRY MARTIN v. SALES AFFILIATES, INC., et al.**— Motion for leave to dispense with printing granted insofar as to permit the plaintiff-appellant to dispense with the printing of Exhibits 1, 2, 4, 5, 6, 7, 8, 9 and 10 in the record on appeal, on condition that the originals of said exhibits are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument.

**ANNETTE H. SLAFF v. JACOB FRIEDMAN.**— Motion for leave to dispense with printing denied.

In the Matter of **JOSEPH W. LITTMAN. BACHE & CO.**— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 6, 1960, with notice of argument for October 18, 1960, said appeal to be argued or submitted when reached.

**JUDA ALTUSKY v. JABAR REALTY CORP. FASTER CHECK CASHING SERVICE, INC. v. ST. PAUL FIRE & MARINE INSURANCE CO. ST. PAUL FIRE & MARINE INSURANCE CO. v. JUDA ALTUSKY et al.**— Motion for an extension of time granted insofar as to extend the time for plaintiff-appellant to serve and file the record on appeal and appellant's points to and including October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.